# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEANA REIMERS, a single person,<br><br>    Plaintiff,<br><br>vs<br><br>MICHAEL LANGTON, in his Official capacity as a Ferndale Police Officer and in his individual Capacity, and the City of Ferndale A municipal subdivision of the State of Washington,<br><br>    Defendants. | No. 2:20-cv-01370-JLR<br><br>**ANSWER TO COMPLAINT** |

Defendants answer Plaintiff's complaint as follows:

## I.    ANSWER

1. Paragraph 1 is denied for lack of information.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted that Officer Langton stopped plaintiff on February 9, 2020 after she committed traffic infractions.

5. Paragraph 5 is denied.

No. 2:20-cv-01370-JLR
ANSWER TO COMPLAINT – 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

6. Paragraph 6 is admitted to the extent Deputy Steubel arrived at the scene and that Reimers was handed a traffic citation by Langton. All other legal and factual allegations are denied.

7. Paragraph 7 requires no responsive pleading. To the extent a response is required, deny.

8. Paragraph 8 requires no responsive pleading. To the extent a response is required, deny.

9. The first sentence of Paragraph 9 is a statement of law which requires no responsive pleading. The second sentence of Paragraph 9 is denied.

10. Paragraph 10 is admitted.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

## II.   AFFIRMATIVE DEFENSES

In addition to the foregoing Answer, these answering Defendants also allege the following Affirmative Defenses:

1. The injuries and damages, if any, claimed by Plaintiff may have been proximately caused or contributed to by the fault of the Plaintiff.

2. If Plaintiff has suffered any damages, recovery may be barred by Plaintiff's failure to mitigate said damages.

3. Defendants' actions were in good faith and therefore immune from Plaintiff's claims including under the doctrine of qualified immunity.

4. Plaintiff's claims may be barred by the public duty doctrine.

No. 2:20-cv-01370-JLR
ANSWER TO COMPLAINT – 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

5. Plaintiff's complaint fails to state facts sufficient to state a claim upon which relief can be granted.

### III. PRAYER FOR RELIEF

Having fully answered the Plaintiff's complaint, and having alleged certain affirmative defenses, Defendants respectfully request that the Plaintiff's complaint be dismissed with prejudice and the Defendants be awarded their costs, reasonable attorneys' fees, and such other and further relief as the court deems just and equitable.

Dated this this 19th day of October, 2020, at Seattle, Washington.

MIX SANDERS THOMPSON, PLLC

s/George A. Mix
George A. Mix, WSBA No. 32864
MIX SANDERS THOMPSON, PLLC
1420 Fifth Avenue, Ste. 2200
Seattle, WA  98101
Tel:     206-521-5989
Fax:    888-521-5980
Email: george@mixsanders.com
Attorneys for Defendants

No. 2:20-cv-01370-JLR
ANSWER TO COMPLAINT – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

**CERTIFICATE OF SERVICE**

I, Sherry Toves, certify that on October 19, 2020 I caused to be served a true and correct copy of the foregoing ANSWER TO COMPLAINT with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following

*Attorney for Plaintiff*
William Johnston
PO Box 953
Bellingham WA 98227
☐ Legal Messenger
☐ U.S. Mail
☒ CM/ECF

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Sherry R. Toves
Mix Sanders Thompson, PLLC
1420 Fifth Ave Ste 2200
Seattle, WA  98101
Tel:     206-521-5989
Fax:    888-521-5980
E:  sherry@mixsanders.com

No. 2:20-cv-01370-JLR
ANSWER TO COMPLAINT – 4

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980