# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEANA REIMERS, a single person, | No. 2:20-cv-01370-JLR |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs | |
| MICHAEL LANGTON, in his Official capacity as a Ferndale Police Officer and in his individual Capacity, and the City of Ferndale A municipal subdivision of the State of Washington, | **JURY REQUESTED** |
| Defendants. | |

Pursuant to Fed. R. Civ. Procedure, Rule 26(f), the parties submit the following Joint Status Report and Discovery Plan:

1. <u>Nature of Case</u>:

    Civil rights violation.

2. <u>Proposed Deadline for Joining Additional Parties</u>:

    Sixty (60) days from the filing of this pleading.

3. <u>Use of Magistrate Judge</u>:

    No.

4. <u>Proposed Discovery Plan</u>:

No. 2:20-cv-01370-JLR
JOINT STATUS REPORT – 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

a. Initial Disclosures: The parties will exchange Initial Disclosures on or before December 14, 2020, pursuant to the Court's previous Order [Dkt #5].

b. Subjects of Discovery: The parties anticipate the need to conduct discovery on defenses and damages. This will include depositions, as well as written discovery. The parties do not presently believe that discovery should be conducted in phases or be limited.

c. Electronically-Stored Information: The parties do not anticipate any issues concerning the disclosure of, or discovery of, electronically stored information or data. In the event issues of this nature arise, the parties will agree to work together to resolve all issues before filing any motions with the court.

d. Privilege Issues: The parties agree to work together to resolve any issues that may arise concerning privileges.

e. Proposed Limitations on Discovery: The parties agree that no limitations shall be made on discovery subject to the Federal and Local Rules.

f. Discovery-Related Orders: At this time, the parties do not anticipate the need for any additional orders under Local Rules 16 or 26.

5. Parties Views, Proposals and Agreements:

a. Prompt Case Resolution: Defendants anticipate filing a Motion for Summary Judgment.

b. Alternative Dispute Resolution: TBD.

c. Related Cases: None.

d. Discovery Management: The parties will work together to resolve discovery disputes prior to filing any motions.

e. Anticipated Discovery Sought: *See* Section 4(b).

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

f.  Phasing Motions:  The parties do not see the need for phasing motions at this time.

g.  Preservation of Discoverable Information:  The parties have advised their clients to preserve any electronically stored information relevant to this case.

h.  Privilege Issues:  *See* Section 4(d).

i.  Model Protocol for Discovery of ESI:  The parties will agree on ESI discovery protocols, if necessary.

j.  Alternatives to Model Protocol:  Alternatives to the Model Protocol will be discussed, if necessary.

6.  Discovery Deadline:  The parties believe discovery can be completed by 45 days before the trial date.

7.  BIFURCATION:  No.

8.  PRETRIAL STATEMENTS AND ORDER:  The parties believe the pretrial statements and pretrial order should be maintained.

9.  INDIVIDUALIZED TRIAL PROGRAM / ADR:  *See* 5(b).

10. ADDITIONAL SUGGESTIONS:  Not applicable.

11. DATE CASE READY FOR TRIAL:  The parties believe this case will be ready for trial on or after November 30, 2021.

12. JURY TRIAL:  This case was removed from State Court.  [Dkt. 1].  The parties request a jury trial.

No. 2:20-cv-01370-JLR
JOINT STATUS REPORT – 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

13. <u>LENGTH OF TRIAL</u>:   The parties anticipate five (5) days will be required for trial.

14. <u>COUNSEL CONTACT INFORMATION</u>:

   **Plaintiff's Counsel:**

   William Johnston
   PO BOX 953
   Bellingham, WA 98227
   Phone:  (360) 676-1931
   Email:  wjtj47@gmail.com

   **Defendant's Counsel:**

   George A. Mix
   Mix Sanders Thompson, PLLC
   1420 Fifth Avenue, 22nd Floor
   Seattle, WA 98101
   Phone:  (206) 521-5989
   Fax:  (888) 521-5980
   Email:  george@mixsanders.com

15. <u>AVAILABILITY OF COUNSEL FOR TRIAL</u>: Counsel currently have no conflicts on the date set forth in paragraph 11.

16. <u>STATEMENT REGARDING SERVICE</u>:   Plaintiff has served the City but not the individual defendants.

17. <u>SCHEDULING CONFERENCE</u>:   Not needed.  The FRCP conference was held on November 24, 2020.

18. <u>FILING OF DISCLOSURE STATEMENTS</u>:  N/A.

No. 2:20-cv-01370-JLR
JOINT STATUS REPORT – 4

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

Dated this this 24th day of November, 2020.

                                        MIX SANDERS THOMPSON, PLLC

                                        <u>s/George A. Mix</u>
                                        George A. Mix, WSBA No. 32864
                                        MIX SANDERS THOMPSON, PLLC
                                        1420 Fifth Avenue, Ste. 2200
                                        Seattle, WA  98101
                                        Tel:    206-521-5989
                                        Fax:    888-521-5980
                                        Email: <u>george@mixsanders.com</u>
                                        Attorneys for Defendants

                                        WILLIAM JOHNSTON, ATTORNEY AT LAW

                                        <u>s/William Johnston</u>
                                        William Johnston
                                        PO BOX 953
                                        Bellingham, WA 98227
                                        Phone:  (360)676-1931
                                        Email:  wjtj47@gmail.com

No. 2:20-cv-01370-JLR
JOINT STATUS REPORT – 5

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Sherry Toves, certify that on November 24, 2020 I caused to be served a true and correct copy of the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following

*Attorney for Plaintiff*
William Johnston
PO Box 953
Bellingham WA 98227
☐ Legal Messenger
☐ U.S. Mail
☒ CM/ECF

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Sherry R. Toves
Mix Sanders Thompson, PLLC
1420 Fifth Ave Ste 2200
Seattle, WA 98101
Tel:    206-521-5989
Fax:    888-521-5980
E:   sherry@mixsanders.com

No. 2:20-cv-01370-JLR
JOINT STATUS REPORT – 6

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980